ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 0 3 2006

at ___4___ o'clock and ___25___ min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. 06-00257 HG |
| | ) | |
| Plaintiff, | ) | REPORT AND RECOMMENDATION |
| vs. | ) | CONCERNING PLEA OF GUILTY |
| | ) | |
| DANIEL KALANI BOHOL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY

The defendant, by consent, has appeared before me

pursuant to Rule 11, Fed.R.Crim.P., and has entered a plea

of guilty to Count  2 of the Indictment.  After examining

the defendant under oath, I determined that the defendant is

fully competent and capable of entering an informed plea,

that the guilty plea was intelligently, knowingly and

voluntarily made, and that the offense charged is supported

by an independent basis in fact establishing each of the

essential elements of such offense.  I therefore recommend

GUILTY.R&R-PA

that the plea of guilty be accepted and that the defendant

be adjudged guilty and have sentence imposed accordingly.

IT IS SO RECOMMENDED.

DATED: Honolulu, Hawaii,_____**AUG 0 3 2006**_____.


_____
UNITED STATES MAGISTRATE JUDGE


## NOTICE

Failure to file written objections to this Report and

Recommendation within ten (10) days from the date of its

service shall bar an aggrieved party from attacking such

Report and Recommendation before the assigned United States

District Judge.   28 U.S.C. § 636(b)(1)(B).


CRIMINAL NO. 06-00257 HG; USA vs. DANIEL KALANI BOHOL; REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY